IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Derrick L. Warren,

    Plaintiff(s),

vs.

Ohio Department of Rehabilitation and Corrections, et al.,

    Defendant(s).

Case Number: 1:19cv953

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 3, 2020 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 17, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, the complaint is DISMISSED with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1), with the exception of plaintiff's failure - to - protect claims against defendants Nail and Saxton.

IT IS SO ORDERED.

                                                              *Susan J. Dlott*
                                                              Judge Susan J. Dlott
                                                              United States District Court