IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Derrick L. Warren, :
:
    Plaintiff(s), :
:
vs. : Case Number: 1:19cv953
:
: Judge Susan J. Dlott
ODRC, et al., :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on July 13, 2020 (Doc. 10), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 27, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, this matter is DISMISSED for lack of prosecution.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court